

# Fourth Court of Appeals
## San Antonio, Texas

June 19, 2018

No. 04-18-00203-CV

**IN RE INGRID DELRITA MARSH AND JOHN F. MARSH**,

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2018CV00904
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

The trial court clerk has filed a notification of late record, stating that the appellants have failed to pay or make arrangements to pay the fee for preparing the clerk's record and that the appellants are not entitled to appeal without paying the fee.

We, therefore, ORDER the appellants to provide written proof to this court within ten days of the date of this order that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) the appellants are entitled to appeal without paying the clerk's fee. If the appellants fail to respond within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b); *see also* TEX. R. APP. P. 42.3(c) (allowing dismissal of appeal if appellant fails to comply with an order of this court).

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of June, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court